UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:

Arturo & Aurora Escamilla

          (Debtor),

BANKRUPTCY CASE NUMBER
00-21097 M-13

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to NCO Financial Systems, in the amount of $5,276.19, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 5/4/05 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $5,276.19 to NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC at the following address:

P.O. Box 502,
Redmond, WA 98073-0502

Dated: OCT 0 6 2005

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
6/23/98

136