# DILKS & KNOPIK, LLC

"When Success Matters"

December 21, 2009

United States Courts
Southern District of Texas
FILED

DEC 2 8 2009

Clerk of Court

United State Bankruptcy Court
Southern District of Texas
Attn: Financial Administrator
515 Rusk Ave, Room 1217
Houston, TX 77002

Re: Unclaimed Funds:

Dear Financial Administrator:

I am writing to inquire about the status of several applications that were filed with your court on-. The applications were filed by Dilks & Knopik, LLC, for the recovery of unclaimed funds.

We have not received payment or any other correspondence from the court regarding these applications. I am hoping you can provide status of these applications.

Thank you for taking to the time to review this inquiry. You may indicate the status of these applications via e-mail at pam.dilks@dilksknopik.com or by phone at (877) 836-5728 x108. If you need additional information or have specific questions regarding these applications, please contact me soon as possible. Thanks again for your time.

Sincerely,

Pam Dilks
Associate

      Case# 04-36686-H1-13
      Amount: $1,036.79
      Debtor: Leo & Jennie Dunn
      Creditor: Ameriquest Mortgage
      Application Date: 11/7/2006

      Case #98-21826
      Amount: $2,191.44
      Debtor: Palacios
      Creditor: Household Financial Services
      Application Date: 4/12/2005
      Order signed: 5/12/2005

      Case #99-38121
      Amount: $516.69
      Debtor: Garrett
      Creditor: Beneficial National Bank
      Application Date: 4/12/2005

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone  (425) 836-5728
Fax    (425) 650-9930
Email  admin@dilksknopik.com

www.dilksknopik.com

# DILKS & KNOPIK, LLC
"When Success Matters"

Order signed: 7/15/2005

Case #03-39525
Amount: $190.23
Debtor: Herlinda Gonzalez
Creditor: Ameriquest Mortgage Company
Application Date: 11/7/2006

Case #02-70775
Amount: $511.90
Debtor: Arnaldo Munoz, Jr.
Creditor: Ameriquest Mortgage Company
Application Date: 9/15/2005
Order signed: 10/17/2005

Case #00-21097
Amount: $5,276.19
Debtor: Arturo & Aurora Escamilla
Creditor: NCO Financial Systems
Application Date: 9/6/2005
Order signed: 10/6/2005

Case #97-24139
Amount: $440.32
Debtor: Phillip Patch
Creditor: Phillip Patch
Application Date: 10/31/2005

Case #97-20272
Amount: $3,086.37
Debtor: Jose & Esmeralda Garza
Creditor: Securitized Multiple Asset
Application Date: 6/28/2005
Order Signed: 8/2/2005

Case #97-25403
Amount: $182.82
Debtor: Jose & Martina Aguilar
Creditor: Securitized Multiple Asset
Application Date: 9/6/2005
Order Signed: 10/6/2005

Case #04-47574
Amount: $1,130.49
Debtor: Thortek Corporation
Creditor: Ziff Davis Media, Inc.
Application Date: 5/20/2009

Case #97-24458
Amount: $ 177.83
Debtor: Ronald Adams
Creditor: Securitized Multiple Asset

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax   (425) 650-9930
Email admin@dilksknopik.com

www.dilksknopik.com

# DILKS & KNOPIK, LLC

"When Success Matters"

Application Date: 9/6/2005
Order Signed: 10/6/2005

Case #97-24458
Amount: $177.83
Debtor: Ronald Adams
Creditor: Securitized Multiple Asset
Application Date: 9/6/2005
Order Signed: 10/6/2005

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax   (425) 650-9930
Email admin@dilksknopik.com

www.dilksknopik.com